IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL D. JONES | § | |
| VS. | § | CIVIL ACTION NO.   1:26-CV-45 |
| U.S. DISTRICT COURT, WESTERN DISTRICT | § | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Michael D. Jones, a prisoner confined at the McLennan County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against United States District Court for the Western District of Texas.

Discussion

When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391(b) provides that venue is proper in the judicial district where the defendants reside or in which the claim arose.  Venue is not proper in the Eastern District of Texas, because the plaintiff alleges that the claims arose in the Western District of Texas.  Under 28 U.S.C. § 1404, the district court may transfer a civil action to any other district where it could have been brought for the convenience of parties and witnesses and in the interest of justice.  The court has considered the circumstances and has determined that justice would be served by transferring this action to the district where the claims arose and the defendants reside.  It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Waco Division of the United States District Court for the Western District of Texas.

SIGNED this 5th day of February, 2026.

_____
Zack Hawthorn
United States Magistrate Judge